In the Matter of the Accounting of CHARLES A. RUNK et al., as Temporary Administrators of the Estate of JESSIE GILLENDER, Deceased.

DANIEL J. MOONEY, Individually and as Temporary Administrator, Appellant; CHARLES A. RUNK, as Temporary Administrator, et al., Respondents.

*Matter of Runk*, 181 App. Div. 461, affirmed.

. (Argued May 29, 1918; decided June 14, 1918.)

. APPEAL from so much of an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1918, as modifies a decree of the New York County Surrogate's Court by reducing the amount of commissions allowed to appellant herein as temporary administrator of the estate of Jessie Gillender, deceased. There was but one question raised by this appeal: In a special proceeding for the settlement of the account of temporary administrators appointed pursuant to section 2596 of the Code of Civil Procedure, are commissions upon the value of the real estate of the decedent properly awarded to a temporary administrator, when the order appointing him conferred upon him authority under section 2600 to take possession of the real property affected by the will and to receive the rents and profits thereof, excluding the power to sell?

*Charles H. Tuttle* for appellant.

*Charles A. Runk* respondent in person.

*Edward J. McGuire* for Missionary Society of St. Paul the Apostle, respondent.

Order affirmed, with costs; no opinion.

. Concur: CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.